UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANE BRAZEAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SGT. HOSCHLER, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-04212 BLF<br><br>**ORDER OF DISMISSAL** |

　　　Plaintiff, a state inmate, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against officers at the Contra Costa County Sheriff's Department. Dkt. No. 1. On August 7, 2025, mail sent to Plaintiff at the West County Detention Facility was returned as undeliverable with the indication that he was not in custody ("NIC"). Dkt. No. 11.

　　　Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a petition when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

1  More than sixty days have passed since mail addressed to Plaintiff was first returned as undeliverable on August 7, 2025, because he was not custody.  Dkt. No. 11. The Court has not received a notice from Plaintiff of a new address or any further communication from him.  Accordingly, this action is **DISMISSED** without prejudice pursuant to Local Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  October 22, 2025

BETH LABSON FREEMAN
United States District Judge